

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 21, 2021

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2021

Re:  *United States* v. *Conyers et al.*, 15 Cr. 537 (VEC)

Dear Judge Caproni:

    I write to respectfully request that the Court remove me as counsel of record in this case because I am leaving the United States Attorney's Office for other employment.

    Thank you very much for the Court's consideration.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:    /s_____
Samson Enzer
Assistant United States Attorney
(212) 637-2342

Cc:  All counsel of record

> Application GRANTED. The Clerk of Court is respectfully directed to terminate Mr. Enzer as counsel for the Government.

SO ORDERED.

*Valerie Caproni*     9/21/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE