UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
            -v-                                              :      15-CR-537-26 (PAE)
                                                             :
DAYSEAN BANNISTER,                                           :      REVISED
                                                             :      SCHEDULING ORDER
                    Defendant.                               :
                                                             :
-------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    Due to a scheduling conflict, IT IS HEREBY ORDERED that the conference in this matter, scheduled for **March 1, 2022**, is rescheduled to **February 28, 2022** at **2:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 16, 2022
       New York, New York