# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

February 24, 2022

**Via ECF and Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   U.S. v. Bannister 15 CR 537-26 (PAE)

Dear Judge Engelmayer:

    I write on behalf of Daysean Bannister, to request a further adjournment of his next appearance before your Honor – which is currently scheduled for Monday, February 28th at 2:30 pm.

    At our first court appearance, your Honor agreed that it made sense to schedule Mr. Bannister's next appearance in the S.D.N.Y., after his state court appearance regarding the charges that form the basis of the V.O.S.R. pending before the Court. To update your Honor, Mr. Bannister appeared in state court, as required, on February 22, 2022; however, his case was further adjourned until March 24, 2022 because there had been no grand jury action. Upon my request, Mr. Bannister provided counsel with state court documentation confirming the adjournment.

    I have discussed this re-scheduling request with A.U.S.A. Jordan Estes and U.S.P.O. Angela Cosenza and they concur that the matter can be adjourned until after Mr. Bannister's next state court appearance. Mr. Bannister continues to be supervised by U.S.P.O. Cosenza. On a positive note, Mr. Bannister has forwarded to counsel several emails from several pending job interviews and continues to keep counsel informed regarding the progress of his job search.

    Your Honor's attention to this matter is always appreciated.

Respectfully submitted,

*Susan G. Kellman*
Susan G. Kellman

cc:     A.U.S.A. Jordan Estes

       U.S.P.O. Angela Cosenza

       Daysean Bannister

**GRANTED.** The conference is adjourned to March 30, 2022 at 10:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 1699.

SO ORDERED.        2/24/2022

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge