# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

July 12, 2022

**Via ECF and Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    *U.S. v. Bannister* 15 CR 537-26 (PAE)

Dear Judge Engelmayer:

      I write on behalf of Daysean Bannister, to request a further adjournment of his next appearance before your Honor – which was recently rescheduled for Thursday, July 21st at 2:30 pm.

      The consensus among the parties continues to be that Mr. Bannister's next appearance in the S.D.N.Y. occur after his state court appearance regarding the charges that form the basis of the V.O.S.R. pending before the Court. To date, Mr. Bannister has not been formally charged by the state. I have not been able to reach Mr. Bannister's state attorney; however, Mr. Bannister informed counsel that his next state court appearance will be held on August 9th.

      I have discussed this re-scheduling request with A.U.S.A. Jordan Estes, who agrees that the matter can be adjourned until a date in September, convenient to your Honor.

      It is counsel's understanding that Mr. Bannister continues to be supervised by U.S.P.O. Angela Cosenza, without incident.

      Your Honor's attention to this matter is always appreciated.

                                                  Respectfully submitted,

                                                  *Susan G. Kellman*
                                                  Susan G. Kellman

**GRANTED.** The conference is adjourned to September 12, 2022 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 1720.

7/12/2022

                            SO ORDERED.

                                        *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge