# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

January 26, 2023

<u>Via ECF and Email</u>
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Dayshean Bannister*
15 Cr. 537-26 (PAE)

Dear Judge Engelmayer:

I write to respectfully request that Mr. Bannister's hearing, currently scheduled for Friday, February 3, 2023, be adjourned until February 10, 2023, or such date thereafter that would be convenient to your Honor, in light of my ongoing trial in the EDNY. (*U.S. v. Ruslan Asainov* 19 Cr. 402 (NGG)).

I have discussed my scheduling conflict with both AUSA Jordan Estes and USPO Angela Cosenza and neither has an objection to the requested adjournment.

On a potentially positive note – it appears that Mr. Bannister is pursuing the Exodus Transitional Community Program which counsel understands is a job readiness program that also assists individuals with housing.

Your Honor's attention to this request is appreciated.

Respectfully submitted,

*Susan G. Kellman*
Susan G. Kellman

cc: AUSA Jordan Estes

USPO Angela Cosenza

Dayshean Bannister

**GRANTED.** The conference is adjourned to February 13, 2023 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 1774.       1/27/2023

**SO ORDERED.**

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge