

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2023

**BY ECF AND EMAIL**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

      Re:    *United States v. Daysean Bannister*
               No. 15 Cr. 537 (PAE)

Dear Judge Engelmayer:

      The Government submits this letter to respectfully request that chronologies maintained by the United States Probation Office ("Probation"), detailing Daysean Bannister's supervision, be unsealed. As Your Honor is aware, the pending violation of supervised release involves two specifications: (1) use of a controlled substance (Specification 9); and (2) domestic assault (Specification 10). Given the nature of the specifications, the Government anticipates calling one or more Probation Officers to testify at the hearing scheduled for March 10.

      The chronologies maintained by the United States Probation Office contain material relevant to the hearing, and the Government understands that they may be unsealed only upon a Court order. In addition, once in possession of the files, the Government must disclose them to the defendant pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S.

150 (1972). Accordingly, the Government respectfully requests that the chronologies be ordered unsealed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Chelsea Scism*
Chelsea L. Scism
Assistant United States Attorney
chelsea.scism@usdoj.gov
(212) 637-2105

cc:   Counsel of Record (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 1782.

2/16/2023

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge