UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DAYSEAN BANNISTER,<br><br>                         Defendant. | 15-CR-537-26 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

      This order confirms the Court's order from the bench yesterday that defendant Daysean Bannister be detained, pending sentencing on the violations of supervised release that the Court has found established. The Court further recommends that, to the extent possible, the defendant be housed in a facility other than the Metropolitan Detention Center in Brooklyn.

      SO ORDERED.

                                                              *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: March 29, 2023
       New York, New York