

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 29, 2024

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**     *United States v. Daysean Bannister,* **15 Cr. 537 (PAE)**

Dear Judge Engelmayer:

    The Government respectfully submits this letter on behalf of the parties to request an adjournment of the September 30, 2024 violation of supervised release conference in this matter.

    As the Court is aware, on February 26, 2024, the United States Probation Office filed a violation report (the "Violation Report") alleging six specifications related to a February 15, 2024 incident in which the defendant attacked two people on an MTA bus and stabbed one victim in the head with a knife. On March 8, 2024, the defendant was indicted in the Supreme Court of the State of New York, County of Bronx, for this same conduct. Although the defendant previously was scheduled to appear in state court in the Bronx last week, the Government has learned from the Bronx District Attorney's Office that the defendant's appearance has been rescheduled to November 1, 2024. Accordingly, the parties respectfully request that the supervised release conference be adjourned to a date after November 1.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By: _____
                    Chelsea L. Scism
                    Assistant United States Attorney
                    (212) 637-2105

**GRANTED.** The conference is adjourned to November 25, 2024 at 3:15 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 1901.

SO ORDERED.          9/30/2024

_____
PAUL A. ENGELMAYER
United States District Judge