

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

January 24, 2025

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

Re:    *United States v. Daysean Bannister*, 15 Cr. 537 (PAE)

Dear Judge Engelmayer:

    The Government submits this letter to respectfully request that chronologies maintained by the United States Probation Office ("Probation"), detailing Daysean Bannister's supervision, be unsealed by the Court so that Probation may provide them ahead of the February 13, 2025 violation of supervised release hearing in the above-captioned case. The pending VOSR matter involves, among other specifications, specifications arising out of a February 15, 2024 stabbing incident recorded on video. Given the nature of the specifications, the Government may call a Probation Officer to testify at the VOSR hearing.

    The chronologies maintained by the United States Probation Office contain material relevant to the upcoming violation of supervised release hearing, and the Government understands that they may be unsealed only upon a Court order. In addition, once in possession of the files, the Government must disclose them to the defendant pursuant to Title 18, United States Code, Section 3500 and/or pursuant to its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and

*Giglio v. United States*, 405 U.S. 150 (1972). Accordingly, the Government respectfully requests that the chronologies be ordered unsealed.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

by: *Chelsea S—*

Chelsea L. Scism
Assistant United States Attorney
chelsea.scism@usdoj.gov
(212) 637-2105

cc: Counsel of Record (by ECF)

**GRANTED.**

SO ORDERED: *Paul A. Engelmayer*  1/24/2025

Honorable Paul A. Engelmayer
United States District Judge